UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| FORMER EMPLOYEES OF AT&T SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Court No. 20-75 |
| UNITED STATES SECRETARY OF LABOR | ) ) ) ) | |
| Defendant. | ) | |

# ANSWER

The Clerk of the Court has deemed the March 17, 2020 correspondence to the Court from Charles Daniels (plaintiff's representative), President of the Communications Workers of America Local 4123, Pontiac, Michigan, challenging the Department of Labor's (Labor) Negative Determination on its Petition for Certification of Group Eligibility for Worker Adjustment Assistance in Kalamazoo, Michigan (TA-W-94,578); Appleton, Wisconsin (TA-W-94,578A); Indianapolis, Indiana (TA-W-94,578B); Syracuse, New York (TA-W-94,578C); and Meridian, Connecticut (TA-W-94,578D), issued on July 1, 2019, ECF No. 1 at 16-24, and corresponding negative determination on reconsideration, issued on January 21, 2020, ECF No. 1 at 10-15, as the filing

of a summons and complaint on behalf of a union representing employees of AT&T Services, Inc, ECF No. 4. The Clerk of the Court caused plaintiffs' letter to be served upon the United States on April 22, 2020, and stated that the Government would have 60 days from this date in which to file an answer. The Government moved for an extension to file its answer, ECF No. 7, and the Court granted our motion, ECF No. 8.

Accordingly, pursuant to Rule 12(a)(l)(A) of the Rules of the United States Court of International Trade, and the Court's June 19, 2020 order, defendant, the United States Secretary of Labor, admits, denies, and avers as follows concerning plaintiffs' March 17, 2020 letter:

1. The first sentence of plaintiff's complaint states that plaintiffs' representative is the President of the Communications Workers of America Local 4123, to which no answer is required.

2. The second sentence of plaintiffs' complaint states that plaintiffs' representative is writing to appeal the negative determination on Petition No. TA-W-94,578, to which no answer is required. The second sentence of plaintiffs' complaint also states that plaintiffs attach six documents, to which no answer is required.

3. The third sentence of plaintiffs' complaint states that if there is more information necessary for the filing please advise, to which no answer is required.

4. The fourth sentence of plaintiffs' complaint provides the telephone number and email address at which plaintiffs' representative can be reached, to which no answer is required.

5. The fifth sentence of plaintiffs' complaint thanks the Court, to which no answer is required.

6. Denies each and every allegation not previously admitted or otherwise qualified except to the extent supported by the administrative record.

7. Denies that plaintiffs are entitled to any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

        Respectfully submitted,

        ETHAN P. DAVIS
        Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/ Claudia Burke
        CLAUDIA BURKE

|  | Assistant Director |
|---|---|
| OF COUNSEL: | |
| | /s/ Ashley Akers |
| TECLA A. MURPHY | ASHLEY AKERS |
| Attorney Advisor | Trial Attorney |
| Employment and Training Legal Services | Commercial Litigation Branch |
| Office of the Solicitor | Civil Division |
| U.S. Department of Labor | Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: 202-353-0521 |
| | Fax: 202-307-0972 |
| | Ashley.akers@usdoj.gov |
| July 22, 2020 | *Counsel for Defendant* |