UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEES OF AT&T SERVICES, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES SECRETARY OF LABOR,<br><br>    *Defendant*. | Court No. 20-00075<br>Before: M. Miller Baker, Judge |

**ORDER**

Upon consideration of Defendant's motion for clarification (ECF 32) and Plaintiff's response (ECF 33), it is hereby

**ORDERED** that Defendant's motion is **DENIED**, and it is further

**ORDERED** that the deadline for the Department of Labor to file its remand determination pursuant to the remand order (ECF 31) is extended by eight days.

Dated:    June 11, 2021           /s/ *M. Miller Baker*
          New York, New York      M. Miller Baker, Judge